AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

EAGLE AIR MED CORPORATION, a Utah corporation; and VALLEY MED FLIGHT, INC., a North Dakota corporation,

        Plaintiffs,

v.

SENTINEL AIR MEDICAL ALLIANCE, LLC, a Wyoming limited liability company; JEFFREY FRAZIER, an individual; and DOES 1 through 10,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00176-TC

    IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants Sentinel Air Medical Alliance, LLC, and Jeffrey Frazier and against Eagle Air Med Corporation and Valley Med Flight, Inc.

_____

January 15, 2020

*Date*

BY THE COURT:

_____
U.S. District Court Judge Tena Campbell